En el Tribunal Supremo de Puerto Rico

| In re: | Querella |
|---|---|
| Daniel González Escobar | 99 TSPR 120 |

Número del Caso: TS-6936

Colegio de Abogados:     Israel Pacheco Acevedo

Abogado de la Parte Querellada:     Derecho Propio

Fecha: 6/25/1999

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Daniel González Escobar                    TS-6936

PER CURIAM

San Juan, Puerto Rico a 25 de junio de 1999

Mediante moción informativa, de fecha 20 de mayo de 1998, el Colegio de Abogados de Puerto Rico nos informó que el abogado Daniel González Escobar "...tiene al descubierto el pago de la fianza notarial, la cual venció en el mes de enero de 1998".

Constituyendo ello una violación de las disposiciones del Artículo 7, Título II, de la Ley Notarial de Puerto Rico, mediante Resolución de fecha 2 de junio 1998, le concedimos al mencionado abogado notario el "...término de veinte (20) días, contados a partir de la notificación de esta

Resolución, para mostrar causa por la cual no debe ser suspendido del ejercicio de la notaría. Se apercibe al notario que el incumplimiento con los términos de esta Resolución conllevará la suspensión automática del ejercicio de la notaría y podrá dar lugar a sanciones disciplinarias adicionales conforme lo dispuesto en In Re: Pagán Ayala, 115 DPR 814 (1984)."

El abogado Daniel González Escobar no compareció ante este Tribunal en cumplimiento de la mencionada Resolución; ello a pesar de haber sido notificado de la misma mediante correo certificado con acuse de recibo. En atención a dicha situación, le concedimos una nueva oportunidad a dicho abogado. A esos efectos, y mediante Resolución del 5 de octubre de 1998, le concedimos un término "...de diez (10) días, a partir de la notificación de esta Resolución, para cumplir estrictamente con dicha orden. Nuevamente se le apercibe que su incumplimiento con los términos de esta Resolución conllevará su suspensión automática del ejercicio de la abogacía. Véase, In re: Pagán Ayala, 115 D.P.R. [814 (1984)]. Notifíquese personalmente a través de la Oficina del Alguacil del Tribunal Supremo."

El abogado notario González Escobar ha hecho caso omiso de nuestros requerimientos y de nuestras advertencias. Resulta obvio que no interesa seguir desempeñado la honrosa profesión de abogado en nuestra jurisdicción.

Hemos resuelto, _en reiteradas ocasiones_, que los abogados tienen la _ineludible obligación_ de responder diligentemente a los requerimientos de este Tribunal y que no toleraremos la incomprensible y obstinada negativa de un miembro de nuestro foro de cumplir con las órdenes de este Tribunal. _In re: Guemarez Santiago_, res. el 30 de junio de 1998, 98 TSPR 102.

Por las razones antes expresadas, procede decretar la suspensión indefinida --y hasta que otra cosa disponga el Tribunal-- del ejercicio de la profesión de abogado y de la notaría de Daniel González Escobar; debiendo el Alguacil del Tribunal Supremo proceder a incautarse de la obra notarial de González Escobar, incluyendo su sello notarial, y entregar la misma a la Oficina de Inspección de Notarías para el correspondiente examen e informe a este Tribunal.

La suspensión indefinida aquí decretada comenzará a contarse desde la fecha de notificación personal de la presente Opinión Per Curiam y Sentencia a Daniel González Escobar por la Oficina del Alguacil del Tribunal Supremo.

Se dictará Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Daniel González Escobar                    TS-6936

SENTENCIA

San Juan, Puerto Rico a 25 de junio de 1999

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte íntegra de la presente, se decreta la suspensión indefinida e inmediata del ejercicio de la abogacía del Sr. Daniel González Escobar, hasta que otra cosa disponga este Tribunal.

El Alguacil del Tribunal Supremo deberá notificar la presente Opinión y Sentencia personalmente e incautarse de la obra y sello notarial del referido abogado; momento en que comenzará a contar la suspensión aquí decretada.

Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo